UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                         Case No. 04-CR-241

NING WEN,

        Defendant.

---

### VERDICT

---

We the jury, for our verdict in the above-entitled action, find as follows:

1. As to the offense of knowingly conspiring to commit offenses against the United States by violating export restrictions in the shipment of items to the People's Republic of China, between on or about March 16, 1992 and September 30, 2004, as charged in **Count One** of the indictment, we find the defendant Ning Wen ___*guilty*___.
[**(guilty)** or not guilty]

2. As to the offense of knowingly and willfully causing the export of restricted items to the People's Republic of China without the required export license on or about September 3, 2004, as charged in **Count Two** of the indictment, we find the defendant Ning Wen ___*guilty*___.
[**guilty** or not guilty]

3. As to the offense of knowingly and willfully causing the export of restricted items to the People's Republic of China without the required export license on or about September 17, 2004, as charged in **Count Three** of the indictment, we find the defendant Ning Wen ___*guilty*___.
[**guilty** or not guilty]

4. As to the offense of, on or about July 27, 2004 in connection with the preparation of an export control document, knowingly and willfully making a false statement to, and concealing a material fact from, the Department of Commerce, Bureau of Industry and Security, and the United States Customs Service, indirectly through another, as charged in **Count Four** of the indictment, we find the defendant Ning Wen ___guilty___.
[guilty or not guilty]

5. As to the offense of, on or about September 3, 2004 in connection with the preparation of an export control document, knowingly and willfully making a false statement to, and concealing a material fact from, the Department of Commerce, Bureau of Industry and Security, and the United States Customs Service, indirectly through another, as charged in **Count Five** of the indictment, we find the defendant Ning Wen ___guilty___.
[guilty or not guilty]

6. As to the offense of knowingly conspiring, between approximately March 16, 1992 and September 30, 2004, to commit money laundering by transmitting and transferring funds from the People's Republic of China and Hong Kong to place in the United States with the intent to promote the carrying on of a specified unlawful activity, as charged in **Count Six** of the indictment, we find the defendant Ning Wen ___guilty___.
[guilty or not guilty]

7. As to the offense of, on or about May 27, 2004, knowingly causing funds to be transmitted and transferred from the People's Republic of China to a place in the United States with the intent to promote the carrying on of a specified unlawful activity, as charged in **Count Seven** of the indictment, we find the defendant Ning Wen ___guilty___.
[guilty or not guilty]

8. As to the offense of, on or about June 16, 2004, knowingly causing funds to be transmitted and transferred from Hong Kong to a place in the United States with the intent to promote the carrying on of a specified unlawful activity, as charged in **Count Eight** of the indictment, we find the defendant Ning Wen ___guilty___.
[guilty or not guilty]

9. As to the offense of, on or about September 30, 2004, knowingly and willfully making false, fraudulent and fictitious material statements and representations to agents from the FBI, as charged in **Count Nine** of the indictment, we find the defendant Ning Wen ___guilty___.
[guilty or not guilty]

If you find the defendant guilty as to Count Nine, please place a check next to the statement or statements as to which you find the government has met its burden of proof:

(a) Wen only obtained computer chips for Qu one or two times prior to March 16, 1992. ✗

(b) Wen Enterprises' profit is only five percent on the items sold to BRLE. ____

(c) Wen Enterprises is in compliance with all tax laws. ✗

Dated this __21__ day of ~~June, 2005~~. Sept 2005

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Jury Foreperson

3