# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

HONORABLE WILLIAM C. GRIESBACH, presiding
January 18, 2006

Case No.: 04-CR-241      Deputy Clerk: <u>Cheryl</u>
                                    Court Reporter: _011806_

UNITED STATES OF AMERICA      Begin: _10:30_
         v.                                      End: _12:15_
NING WEN

## SENTENCING MINUTES

United States by: Erica O'Neil & Michelle Jacobs

Defendant: Ning Wen, in person, and by

Defense Counsel: Stephen J. Liccione

Probation Officer: Mitch Farra

Interpreter: ☒ None    ☐ Sworn

---

☐    <u>Probation</u>

         _____ years on Count(s) _____ of the _____

☒    <u>Custody of Bureau of Prisons</u>:

         _60_ months on Count(s) _____ of the _____
         _____ months on Count(s) _____ of the _____
         _____ months on Count(s) _____ of the _____

         to run ~~concurrently~~/consecutively for a total term of _____ months.

☒    <u>Supervised Release</u>:

         _2_ years on Count(s) _____ of the _____
         ___ years on Count(s) _____ of the _____
         ___ years on Count(s) _____ of the _____

         to run ~~concurrently~~/consecutively for a total term of _____ years.

COUNT(S) _____ of the (Superseding) Indictment are DISMISSED on motion of Government.

Special Conditions of Supervised Release:
- ☒ Report within 72 hours of release from imprisonment.
- ☒ No firearms/dangerous weapons.
- ☒ No illegal possession of controlled substance.
- ☐ Reside for _____ days in a community correctional center.
- ☐ Cooperate with BICE.
- ☐ Drug/Alcohol testing and treatment. Suspended
- ☐ Participate in a mental health treatment program and take prescribed medication.
- ☐ Not allowed to work at or patronize taverns.
- ☒ Pay any balance of the (fine)/restitution at a rate of not less than $ 500.00 per month.
- ☐ No new lines of credit.
- ☒ Financial Disclosure.
- ☐ No Gambling.
- ☒ Cooperate in the collection of DNA.
- ☐ No employment having fiduciary responsibilities.
- ☐ Participate in a sexual offender mental health treatment program.
- ☐ Cooperate with the Child Support Enforcement Unit.
- ☐ Cooperate with IRS, submit delinquent returns, and pay back taxes and interest.
- ☐ Provide USPO with computer pseudonyms, passwords, logons.
- ☐ Consent to unannounced exam of computer equipment.
- ☐ Waive rights to confidentiality re sex offender mental health treatment.
- ☐ No possession of pornography/erotica.
- ☐ Register as a convicted sex offender.
- ☐ No computer usage.

Fine: $ 50,000.00 to be paid prior to report date.

- ☐ Fine is waived due to defendant's inability to pay.
- ☐ Interest on fine is waived.
- ☐ Defendant is to participate in FBP Inmates' Financial Responsibility Program.

Restitution: $ _____

Forfeiture: _____

Special Assessment: $ 900.00

☒ To be paid as soon as possible.

☐ Other: _____

☒ DEFENDANT ADVISED OF RIGHT TO APPEAL.

Custody:

☐ Defendant is remanded to the custody of the U.S. Marshal.

☐ Execution of this sentence is stayed until _____.

☒ Defendant is to voluntarily surrender.

Recommendations:

☒ Facility: FPC Seymour Johnson in N.C. (AF base in Goldsboro) or near D.C.

☐ 500-hour drug program.

☐ Boot camp.

☐ Shock Incarceration program.

☐ Other: _____

U.S. v. Ning Wen          01-18-06
04-CR-241


Gov't calls special agent (Dept of Commerce)
Joe Christy. Witness sworn + testifies.
Direct examination by Erica O'Neil
10:43 Cross. by Stephen Liccione
10:52 Follow up by Stephen Liccione
10:54 Witness excused
10:54 Gov't call FBI Agent Marc Dinkel.
Witness sworn + testifies.
Direct examination by Erica O'Neil
Witness reviews trial exhibit 1028
　　　　"　　　"　　"　　"　176
　　　　"　　　"　　"　　"　20
11:04 Cross examination by Stephen Liccione
11:06 Witness excused
11:06 Def calls Hailin Lin
Witness sworn + testifies
Direct exam. by Stephen Liccione
11:12 Cross exam. by Erica O'Neil
Gov't refers Court to exhibits 10-20
11:19 Witness responds to clarify answers
11:20 Witness excused


Court addresses objections to facts.
Court adopts the factual statements in PSR
as its findings.
Court addresses objections to application of guidelines.
Court adopts the guideline calculation in
the PSR.

U.S. v. Ning Wen    01-18-06
04-CR-241

Govt. suggests sentence in middle of Guideline Range. Mr. Wen is most culpable.

Def. has suffered many hardships. He has willingly provided info to the FBI in the past. Mr. Wen was dedicated to employer, The Manitowoc Co.

Def. requests downward departure

Court departs from guideline range based on:
 No criminal history. Diligent hardworking person, he has positive attributes including integrity.
 Nature of offense of money laundering is the by-product of conduct from exporting parts.
 False statements are unclear, not specific, and statements are not egregious.
 Def. has lost property, job, and honor.
 Def. is not a threat to the public and it is unlikely def. will reoffend.

Def requests report after appeal
Govt. objects
Court denies request