UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,                             Case No. 04-CR-241

        vs.                                    Green Bay

NING WEN (a/k/a Wen Ning), and
HAILIN LIN (a/k/a Lin Hailin),

        Defendants.

---

**FINAL ORDER AND JUDGMENT FOR REAL PROPERTY LOCATED AT
402 WILD OAK DRIVE, MANITOWOC, WISCONSIN**

---

      The Court, having considered the motion of the United States of America together with the affidavit of Assistant United States Attorney Erica N. O'Neil, and being satisfied that the terms and provisions of Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853 have been satisfied, and pursuant to the Stipulation and Settlement Agreement entered into by the United States of America and Associated Bank, N.A., and in consideration of all proceedings in the case,

      **IT IS HEREBY ORDERED** that the real property located at 402 Wild Oak Drive, Manitowoc, Wisconsin, is forfeited to the United States under the following conditions:

1. The Department of Homeland Security shall dispose of the property pursuant to 18 U.S.C. § 982 and 21 U.S.C. §853;

2. The Department of Homeland Security shall sell the property in a commercially reasonable manner. From the proceeds of the sale, the expenses will be paid according to the following schedule;

      First, to the extent authorized by law, the United States of America will pay, or cause to be paid, to Associated Bank, N.A., by and through its Assistant Vice

President, Dennis P. Schenk, the sum of $281,262.94 plus $6,720.14 in interest as of March 31, 2006, with $44.31 per diem thereafter to the date of sale; $306.35 in unpaid late fees, and $28.00 in recording fees. The United States will also receive a credit for $875.36 from the suspense balance.

Second, the expenses of the Department of Homeland Security will be paid; and

Third, the remainder of the sale proceeds shall be forfeited to the United States and disposed of according to law.

Dated at Green Bay, Wisconsin, this 2nd day of May, 2006.


                                            s/ William C. Griesbach
                                            HONORABLE WILLIAM C. GRIESBACH
                                            United States District Judge